THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and
LILY M. HUNTSMAN,

Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC, GEICO CASUALTY COMPANY, RELX, INC., ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, AUTO-OWNERS INSURANCE, FARMERS GROUP PROPERTY AND CASUALTY INSURANCE, NATIONWIDE INSURANCE COMPANY OF AMERICA, ENCOMPASS INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

Defendants.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant Liberty Mutual Auto and Home Services, LLC ("Defendant"), by and through its undersigned counsel, Lewis Roca Rothgerber Christie LLP, hereby submits this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, and in support thereof, states as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCiv.R. 7.1(a) and this Court's Practice Standards, the undersigned counsel certifies he has conferred with Plaintiff Robert Huntsman who does not oppose the relief requested.

125322626.1

# MOTION

1. On June 11, 2024, Plaintiffs commenced this action by the filing of their Complaint.

2. On June 18, 2024, Plaintiffs served Defendant with a Summons and a copy of Plaintiffs' Complaint.

3. A response to Plaintiffs' Complaint is due by Defendant on or before July 9, 2024.

4. Defendant requests an extension of time, through and including August 23, 2024, within which Defendant is permitted to respond to Plaintiffs' Complaint. This will provide Defendant sufficient time within which to prepare an appropriate response.

5. This is the first extension of time requested by Defendant.

6. The requested extension will not prejudice any party and will not delay this matter.

7. Pursuant to D.C.COLO.LCivR 6.1(c), counsel for Defendant has provided a copy of this Motion to his client.

WHEREFORE, Defendant Liberty Mutual Auto and Home Services, LLC requests that this Court grant it an extension of time, through and including August 23, 2024, within which Defendant may respond to Plaintiffs' Complaint.

Respectfully submitted this 2nd day of July, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Brian J. Spano*
Brian J. Spano, Esq.
1601 19th Street, Suite 1000
Denver, CO 80202
(303) 623-9000
bspano@lewisroca.com

*Attorneys for Defendant*
*Liberty Mutual Auto and Home Services, LLC*

125322626.1

- 3 -

## CERTIFICATE OF SERVICE

I certify that on this 2<u>nd</u> day of July, 2024, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** was filed via the CM/ECF system and was served upon the following:

Robert A. Huntsman
Lily M. Huntsman
16036 Esat Lehigh Circle
Aurora, Colorado 80013
(208) 860-0750
bobh@huntsmanlg.com
lilyhuntsman@ymail.com

*Plaintiffs Pro Se*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Brian J. Spano*
Brian J. Spano, Esq.