THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and
LILY M. HUNTSMAN,

Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC, GEICO CASUALTY COMPANY, RELX, INC., ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, AUTO-OWNERS INSURANCE, FARMERS GROUP PROPERTY AND CASUALTY INSURANCE, NATIONWIDE INSURANCE COMPANY OF AMERICA, ENCOMPASS INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

Defendants.

---

**[PROPOSED] ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

---

THIS MATTER, having come before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, and the Court having reviewed such Motion and being advised as to all matters thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Defendant shall have through and including August 23, 2024 with which to file its response to Plaintiffs' Complaint.

Dated this _____ day of July, 2024.

By the Court:

_____
District Court Judge

125325991.1