IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and LILY M. HUNTSMAN,

    Plaintiffs, Pro Se,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES LLC,

GEICO CASUALTY COMPANY,

RELX INC.,

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

AMERICAN FAMILY HOME INSURANCE COMPANY,

PROGRESSIVE CASUALTY INSURANCE COMPANY,

AUTO-OWNERS INSURANCE,

FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,

NATIONWIDE INSURANCE COMPANY OF AMERICA,

ENCOMPASS INSURANCE COMPANY,

STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and

TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    Defendants.

1

## SUMMONS IN A CIVIL ACTION

To:  <u>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, 2275 Sanders Road North Plaza, Northbrook, IL 60062</u>.

 A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal,Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert A. & Lily M. Huntsman, 16036 E. Lehigh Cir., Aurora, CO  80013.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date:  ____08/05/2024____                    ____s/ C. Cuenca____
*Signature of Clerk or Deputy Clerk*