IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and,
LILLY M. HUNSTMAN,

                Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC, GEICO CASUALTY COMPANY, RELX INC., ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, AUTO-OWNERS INSURANCE, FARMERS GROUP PROPERTY AND CASUALTY INSURANCE, NATIONWIDE INSURANCE COMPANY OF AMERICA, ENCOMPASS INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

                Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: **RELX INC.**

DATED at Durham, California this 19th day of August, 2024.

/s/ James F. McCabe
James F. McCabe
**ALSTON & BIRD**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Fax: 415-243-1001
Jim.McCabe@alston.com

*Counsel for RELX Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Robert A. Huntsman  *Plaintiffs Pro Se*
Lilly M. Huntsman
16036 East Lehigh Circle
Aurora, Colorado 80012
(208) 860-0750
bobh@huntsmanlg.com
lillyhuntsman@ymail.com

Dan W. Goldfine  *Counsel for Defendant GEICO Casualty Company*
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
(602) 285-5038
dgoldfine@dickinsonwright.com

L. Pahl Zinn
Patrick J. Masterson
500 Woodward Avenue, Suite 4000
Detroit, MI  48226
(313) 223-3500
pzinn@dickinsonwright.com
pmasterson@dickinsonwright.com

Britt M. Miller  *Counsel for Defendant Travelers Property Casualty Insurance Co.*
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
bmiller@mayerbrown.com

James A. Morsch  *Counsel for Defendant Liberty Mutual Auto and Home Services LLC*
161 N. Clark St., Ste. 4200
Chicago, IL 60601
(312) 876-7866
jim.morsch@saul.com

Brian J. Spano
Holly C. White
1601 19th Street, Suite 1000
Denver, CO 80202

3

(303) 623-9000
bspano@lewisroca.com
hwhite@lewisroca.com

                                      **ALSTON & BIRD LLP**

                                  *s/*James F. McCabe
                                  James F. McCabe
                                  Alston & Bird LLP
                                  55 Second Street, Suite 2100
                                  San Francisco, CA 94105

                                  *Counsel for RELX Inc.*