AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Progressive Casualty Insuranc[e]**
was received by me on *(date)* **8/14/2024**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Mikayla Kranusch**, who is
designated by law to accept service of process on behalf of *(name of organization)*
**Progressive Casualty Ins. Co.** on *(date)* **8/14/2024** ; or

☐ I returned the summons unexecuted because _____ ;

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **8/15/2024**

*Server's signature*

**Scott Huntsman, Server**
*Printed name and title*

**16036 E Lehigh Cir 80013**
*Server's address*

Additional information regarding attempted service, etc: