# THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT A. HUNTSMAN and, ) <br> LILLY M. HUNTSMAN ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> LIBERTY MUTUAL AUTO AND ) <br> HOME SERVICES, LLC, GEICO ) <br> CASUALTY COMPANY, RELX, INC., ) <br> ALLSTATE FIRE AND CAUALTY ) <br> INSURANCE COMPANY, AMERCIAN ) <br> FAMILY HOME INSURANCE ) <br> COMPANY, PROGRESSIVE CASUALTY ) <br> INSURANCE COMPANY, ) <br> AUTO-OWNERS INSURANCE, ) <br> FARMERS GROUP PROPERTY AND ) <br> CASUALTY INSURANCE, ) <br> NATIONWIDE INSURANCE COMPANY ) <br> OF AMERICA, ENCOMPASS ) <br> INSURANCE COMPANY, ) <br> STILLWATER PROPERTY AND ) <br> CASUALTY INSURANCE COMPANY, ) <br> and TRAVELERS PROPERTY ) <br> CASUALTY INSURANCE COMPANY. ) <br> ) <br> Defendants. ) | Case No.: 1:24-cv-01637-GPG-KAS <br><br> Hon. Gordon P. Gallagher <br><br> Magistrate Judge Kathryn A. Starnella |

## DEFENDANT GEICO CASULATY COMPANY'S DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1(a)(1)

Pursuant to Fed. R. Civ. P. 7.1(a)(1), GEICO Casualty Company is a wholly-owned subsidiary of GEICO Indemnity Company. GEICO Indemnity Company is a wholly-owned subsidiary of GEICO Corporation. GEICO Corporation is an indirect, wholly-owned subsidiary of Berkshire Hathaway, Inc. No publicly-held company directly owns 10% or more of GEICO Casualty Company's stock.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: September 5, 2024 | DICKINSON WRIGHT PLLC |
|  | */s/ L. Pahl Zinn*<br>L. Pahl Zinn (MI57516)<br>Patrick J. Masterson (MI85457)<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>pzinn@dickinsonwright.com<br>pmasterson@dickinsonwright.com |
|  | Dan W. Goldfine (AZ018788)<br>1850 North Central Avenue, Suite 1400<br>Phoenix, AZ 85004<br>(602) 285-5038<br>dgoldfine@dickinsonwright.com |
|  | *Counsel for Defendant GEICO Casualty Company* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2024, the foregoing Defendant GEICO Casualty Company Disclosure Statement Pursuant Fed. R. Civ. P. 7.1(a)(1) was filed and Served using the CM/ECF system, which will serve notification of such filing on all parties of record and counsel of record.

　　　　　　　　　　　　　　　　　　DICKINSON WRIGHT PLLC

　　　　　　　　　　　　　　　　　　*/s/ L. Pahl Zinn*
　　　　　　　　　　　　　　　　　　L. Pahl Zinn (MI57516)

4855-7186-8129 v1 [101362-146]

3