IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN, and
LILY M. HUNTSMAN,

    Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES LLC,
GEICO CASUALTY COMPANY,
RELX INC.,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
AMERICAN FAMILY HOME INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
AUTO-OWNERS INSURANCE,
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY,
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    Defendants.
_____

# MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on **Defendants Allstate Fire and Casualty Company and Encompass Insurance Company's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint [ECF #1]** [#55] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. The deadline for Defendants Allstate Fire and Casualty Company and Encompass Insurance Company to answer or otherwise respond to Plaintiffs' operative complaint is extended to **October 7, 2024**.

    Dated: September 5, 2024

Case No. 1:24-cv-01637-GPG-KAS   Document 61   filed 09/05/24   USDC Colorado   pg 2 of 2