**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and
LILY M. HUNTSMAN,

    Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC,
GEICO CASUALTY COMPANY,
RELX, INC.,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
AMERICAN FAMILY HOME INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
AUTO-OWNERS INSURANCE,
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY,
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    Defendants.

---

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY**

---

Pursuant to Fed. R. Civ. P. 7.1(a) and D.C.COLO.LCivR 7.4, Defendant Stillwater Property and Casualty Insurance Company, through its undersigned attorneys, represents that it does not have a parent company and is not owned by a publicly held corporation.

Respectfully submitted,

Date: September 6, 2024

s/ Michelle Burton
***Michelle L. Burton, Esq. (Admitted in D. Colo)***
BURTON | KELLEY, LLP
1450 Frazee Road, Suite 501
San Diego, CA 92108
Tel: (833) 222-8959
mburton@burtonkelley.com
service@burtonkelley.com
Attorneys for Defendant Stillwater Property and Casualty Insurance Company

2