# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and
LILY M. HUNTSMAN,

    Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC,
GEICO CASUALTY COMPANY,
RELX, INC.,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
AMERICAN FAMILY HOME INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
AUTO-OWNERS INSURANCE,
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY,
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    Defendants.

---

## UNOPPOSED MOTION OF DEFENDANT STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

---

### I. Motion

Defendant Stillwater Property and Casualty Insurance Company (hereafter "Stillwater") hereby moves for an extension of time to respond to Plaintiffs' Complaint (ECF #1). Stillwater respectfully requests an order extending the deadline for it to file a responsive pleading to October 7, 2024.

### II. Stillwater Met & Conferred with Plaintiffs

Per D.C.COLO.LCivR 7.1, Stillwater has conferred with Plaintiffs, and Plaintiffs have stated that they do not oppose this motion.

### III. Memorandum of Points & Authorities

1. On June 11, 2024, Plaintiffs filed the Complaint initiating this action. ECF No. 1.

2. On August 19, 2024, Plaintiffs served Stillwater with a copy of the Complaint. ECF No. 34. Therefore, Stillwater's deadline to file a response is September 9, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Good cause exists to extend Stillwater's response deadline because the undersigned counsel for Stillwater were only recently retained in this action, and Stillwater needs an extension to evaluate the complaint's causes of action so that it can formulate a meaningful response.

4. No party will be prejudiced by the Court granting the requested extension. Plaintiffs do not oppose this motion, and several other defendants in this case have received extensions of their responsive pleading deadlines to October 7, 2024. ECF Nos. 35, 40, 41, 55, and 61. Thus, the requested extension will simply allow Stillwater to file its responsive pleading on same day as the other defendants in this case.

5. This is Stillwater's first request for an extension of time in this case.

6. Per D.C.COLO.LCivR 6(1)(c), the undersigned attorneys certify that, contemporaneous with the filing of this motion, they will serve a copy of it on their client.

///
///
///
///
///
///
///
///

## IV. Conclusion

For the above-stated reasons, this motion should be granted.

Respectfully submitted,

Date: September 6, 2024

s/ Michelle Burton
***Michelle L. Burton, Esq. (Admitted in D. Colo)***
BURTON | KELLEY, LLP
1450 Frazee Road, Suite 501
San Diego, CA 92108
Tel: (833) 222-8959
mburton@burtonkelley.com
service@burtonkelley.com
Attorneys for Defendant Stillwater Property and Casualty Insurance Company

3