IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and
LILY M. HUNTSMAN,

    Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES LLC;
GEICO CASUALTY COMPANY;
RELX INC.;
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY;
AMERICAN FAMILY HOME INSURANCE COMPANY;
PROGRESSIVE CASUALTY INSURANCE COMPANY;
AUTO-OWNERS INSURANCE;
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE;
NATIONWIDE INSURANCE COMPANY OF AMERICA;
ENCOMPASS INSURANCE COMPANY;
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY; and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    Defendants.

**NATIONWIDE INSURANCE COMPANY OF AMERICA'S
CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nationwide Insurance Company of America hereby submits the following Corporate Disclosure Statement, stating as follows: Nationwide Insurance Company of America is a wholly-owned subsidiary of Nationwide Mutual Insurance Company. Nationwide Mutual Insurance Company is an Ohio mutual insurance company which is owned entirely by its policyholders and, as such, has no parent corporation and no publicly-held corporation owns 10% or more of its stock. No companies under the Nationwide

Mutual Insurance Company umbrella are publicly traded.

Dated:  September 6, 2024	D<span/>AVIS G<span/>RAHAM & S<span/>TUBBS LLP

/s/ Claire Mueller
Charles L. Casteel
Jennifer Allen
Claire Mueller
1550 17th Street, Suite 500
Denver, CO  80202
Telephone:  303.892.9400
Facsimile:   303.893.1379
Email:         charles.casteel@davisgraham.com
                   jennifer.allen@davisgraham.com
                   claire.mueller@davisgraham.com

and

C<span/>ARPENTER L<span/>IPPS LLP

Michael H. Carpenter
David J. Barthel
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
Email:         carpenter@carpenterlipps.com
                   barthel@carpenterlipps.com

Attorneys for Defendant Nationwide Insurance Company of America