# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and
LILY M. HUNTSMAN,

      Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC,
GEICO CASUALTY COMPANY,
RELX, INC.,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
AMERICAN FAMILY HOME INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
AUTO-OWNERS INSURANCE,
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY,
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

      Defendants.

---

## APPEARANCE OF COUNSEL

---

To:    The Clear of the Court and all parties of record

I am admitted to practice law in this court, and I appear in this case as counsel for Defendant Stillwater Property and Casualty Insurance Company.

Respectfully submitted,

Date: September 9, 2024

s/ Michael Vachon
**Michael Vachon, LL.M. (Admitted in D. Colo)**
BURTON | KELLEY, LLP
1450 Frazee Road, Suite 501
San Diego, CA 92108
Tel: (833) 222-8959
mvachon@burtonkelley.com
service@burtonkelley.com
Attorney for Defendant Stillwater Property and Casualty Insurance Company