UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT A. HUNTSMAN, and<br>LILY M. HUNTSMAN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL AUTO AND HOME<br>SERVICES LLC, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-01637-GPG-KAS |

## DEFENDANT RELX INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, RELX Inc. hereby submits this Corporate Disclosure Statement: RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

Respectfully submitted this 11th day of September, 2024.

　　　　　　　　　　　　　　　　　　BY: /s/ Nicole K. Serfoss
　　　　　　　　　　　　　　　　　　　　　Nicole K. Serfoss, CO Bar #36815
　　　　　　　　　　　　　　　　　　　　　**MORRISON & FOERSTER LLP**
　　　　　　　　　　　　　　　　　　　　　4200 Republic Plaza
　　　　　　　　　　　　　　　　　　　　　370 Seventeenth Street
　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202-5638
　　　　　　　　　　　　　　　　　　　　　P: 303-592-1500
　　　　　　　　　　　　　　　　　　　　　F: 303-592-1510
　　　　　　　　　　　　　　　　　　　　　nserfoss@mofo.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　*RELX Inc.*

1

**CERTIFICATE OF SERVICE**

  This is to certify that on September 11, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

                */s/ Nicole K. Serfoss*
                Nicole K. Serfoss

                *Attorney for Defendant*
                *RELX Inc.*