# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ROBERT A. HUNTSMAN and LILY M. HUNTSMAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC; GEICO CASUALTY COMPANY; RELX, INC.; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; AMERICAN FAMILY HOME INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; AUTO-OWNERS INSURANCE; FARMERS GROUP PROPERTY AND CASUALTY INSURANCE, NATIONWIDE INSURANCE COMPANY OF AMERICA, ENCOMPASS INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, <br><br> *Defendants*. | Civil Action No. 1:24-cv-01637-GPG-KAS |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I, Daniel K. Storino, of the law firm Mayer Brown LLP, hereby enter my appearance on behalf of Defendant Travelers Property Casualty Insurance Co. I hereby certify that I am a member in good standing of the bar of this Court.

Dated: September 17, 2024				Respectfully submitted,

							*/s/ Daniel K. Storino*
							Daniel K. Storino
							MAYER BROWN, LLP
							Firm Address: 71 South Wacker Drive
							Chicago, Illinois 60606
							Phone: (312) 782-0600
							Email: dstorino@mayerbrown.com

							*Counsel for Defendant Travelers Property Casualty Insurance Co.*

2

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2024, I electronically filed a true and correct copy of this **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court via the CM/ECF system, which will send notification of such filing and service upon all counsel of record.

*/s/ Daniel K. Storino*
Daniel K. Storino