THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ROBERT A. HUNTSMAN and LILY M. HUNTSMAN,

    *Plaintiffs*,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC; GEICO CASUALTY COMPANY; RELX, INC.; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; AMERICAN FAMILY HOME INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; AUTO-OWNERS INSURANCE; FARMERS GROUP PROPERTY AND CASUALTY INSURANCE, NATIONWIDE INSURANCE COMPANY OF AMERICA, ENCOMPASS INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    *Defendants*.

Civil Action No. 1:24-cv-01637-GPG-KAS

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I, William J. McElhaney, III, of the law firm Mayer Brown LLP, hereby enter my appearance on behalf of Defendant Travelers Property Casualty Insurance Co. I hereby certify that I am a member in good standing of the bar of this Court.

Dated: September 17, 2024                         Respectfully submitted,

*/s/ William J. McElhaney, III*
William J. McElhaney, III
MAYER BROWN, LLP
Firm Address: 71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 782-0600
Email: wmcelhaney@mayerbrown.com

*Counsel for Defendant Travelers Property Casualty Insurance Co.*

3

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2024, I electronically filed a true and correct copy of this **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court via the CM/ECF system, which will send notification of such filing and service upon all counsel of record.

*/s/ William J. McElhaney, III*
William J. McElhaney, III