## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ROBERT A. HUNTSMAN and LILY M.
HUNTSMAN,

     *Plaintiffs*,

     v.

LIBERTY MUTUAL AUTO AND HOME
SERVICES, LLC; GEICO CASUALTY
COMPANY; RELX, INC.; ALLSTATE
FIRE AND CASUALTY INSURANCE
COMPANY; AMERICAN FAMILY HOME
INSURANCE COMPANY; PROGRESSIVE
CASUALTY INSURANCE COMPANY;
AUTO-OWNERS INSURANCE;
FARMERS GROUP PROPERTY AND
CASUALTY INSURANCE, NATIONWIDE
INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY,
STILLWATER PROPERTY AND
CASUALTY INSURANCE COMPANY,
and TRAVELERS PROPERTY
CASUALTY INSURANCE COMPANY,

     *Defendants*.

Civil Action No. 1:24-cv-01637-
GPG-KAS

## DEFENDANT TRAVELERS PROPERTY CASUALTY INSURANCE CO. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Travelers Property Casualty Insurance Co. hereby submits this Corporate Disclosure Statement. Travelers Property Casualty Insurance Co. is a wholly owned subsidiary of The Standard Fire Insurance Company. The Standard Fire Insurance Company is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc. Travelers Insurance Group Holdings, Inc. is a wholly owned subsidiary of Travelers

Property Casualty Corp. Travelers Property Casualty Corp. is a wholly owned subsidiary of The Travelers Companies, Inc., which is publicly held. No individual or corporation owns 10 percent or more of the stock of The Travelers Companies, Inc.

Dated: September 17, 2024

Respectfully submitted,

*/s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN, LLP
Firm Address: 71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 782-0600
Email: bmiller@mayerbrown.com

*Counsel for Defendant Travelers Property Casualty Insurance Co.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 17, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notification of such filing and service upon all counsel of record.

*<u>/s/ Britt M. Miller</u>*
Britt M. Miller
