UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN; and
LILY M. HUNTSMAN,

       Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES LLC;
GEICO CASUALTY COMPANY;
RELIX INC.;
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY;
AMERICAN FAMILY HOME INSURANCE COMPANY;
PROGRESSIVE CAUSUALTY INSURANCE;
AUTO-OWNERS INSURANCE;
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE;
NATIONWIDE INSURNACE COMPANY OF AMERICA;
ENCOMPASS INSURANCE COMPANY;
STILLWATER PROPERTY AND CASUALTY INSURANCE
COMPANY; and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

       Defendants.

---

### AUTO-OWNERS INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Defendant Auto-Owners Insurance Company ("Auto-Owners"), which is incorrectly named and sued as "Auto-Owners Insurance," through its undersigned counsel, submits the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Auto-Owners does not have a parent corporation. Auto-Owners is a mutual insurance company and has no stock. Therefore, there can be no publicly held corporation that owns 10% or more of its stock.

Additionally, Auto-Owners is an insurance company organized under the laws of the State of Michigan with its principal place of business in Michigan. Auto-Owners is a citizen of Michigan.

Dated: September 17, 2024.              Respectfully submitted,


*s/ Evan Bennett Stephenson*
Evan Bennett Stephenson
Shelby Menard
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
Email:  estephenson@spencerfane.com
        smenard@spencerfane.com

Attorneys for Defendant Auto-Owners Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2024, I electronically filed the foregoing **AUTO-OWNERS INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

- **Robert A. Huntsman and Lily M. Huntsman (pro se)**
  bob.a.huntsman@gmail.com

- **Brian J. Spano**
  bspano@lewisroca.com

- **Holly C. White**
  hwhite@lewisroca.com

- **James A. Morsch**
  jim.morsch@saul.com

- **Patrick J. Masterson**
  pmasterson@dickinsonwright.com

- **L. Pahl Zinn**
  pzinn@dickinsonwright.com

- **Dan W. Goldfine**
  dgoldfine@dickinsonwright.com

- **James F. McCabe**
  jim.mccabe@alston.com

- **Britt M. Miller**
  bmiller@mayerbrown.com

- **Charles L. Casteel**
  charles.casteel@davisgraham.com

- **Jennifer S. Allen**
  jennifer.allen@davisgraham.com

- **Claire E. Mueller**
  claire.mueller@davisgraham.com

- **Nicole K. Serfoss**
  nserfoss@mofo.com

- **Michael H. Carpenter**
  carpenter@carpenterlipps.com

- **David J. Barthel**
  barthel@carpenterlipps.com

- **Ann O'Brien**
  aobrien@sheppardmullin.com

- **Leo Caseria**
  lcaseria@sheppardmullin.com

- **Joseph Antel**
  jantel@sheppardmullin.com

- **Helen Cho Eckert**
  heckert@sheppardmullin.com

- **Joyce C. Williams**
  Joyce.c.williams@akerman.com

- **Michelle L. Burton**
  mburton@burtonkelley.com

- **Michael Vachon**
  mvachon@burtonkelley.com

*s/ Evan Bennett Stephenson*