IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and,
LILLY M. HUNSTMAN,

                Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC, GEICO CASUALTY COMPANY, RELX INC., ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, AUTO-OWNERS INSURANCE, FARMERS GROUP PROPERTY AND CASUALTY INSURANCE, NATIONWIDE INSURANCE COMPANY OF AMERICA, ENCOMPASS INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

                Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: **RELX INC.**

DATED at San Francisco, California this 19th day of September, 2024.

/s/ Stuart C. Plunkett
Stuart C. Plunkett
**ALSTON & BIRD**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Fax: 415-243-1001
Stuart.plunkett@alston.com

*Counsel for RELX Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2024, I electronically filed a true and correct copy of this **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Stuart C. Plunkett
Stuart C. Plunkett
**ALSTON & BIRD**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Fax: 415-243-1001
Stuart.plunkett@alston.com

*Counsel for RELX Inc.*