IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and LILY M. HUNTSMAN

        Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC, GEICO CASUALTY COMPANY, RELX INC., ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, AMERICAN FAMILY HOME INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, AUTO-OWNERS INSURANCE, FARMERS GROUP PROPERTY AND CASUALTY INSURANCE, NATIONWIDE INSURANCE COMPANY OF AMERICA, ENCOMPASS INSURANCE COMPANY, STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF THOMAS V. PANOFF

To the Clerk of the Court and All Parties of Record:

Thomas V. Panoff of Sheppard, Mullin, Richter & Hampton LLP, located at 321 North Clark Street, 32nd Floor, Chicago, Illinois 60654, telephone: (312) 499-6328, e-mail: tpanoff@sheppardmullin.com, hereby certifies that he is a member in good standing of the bars of the State of Illinois, the State of Michigan, the District of Columbia, and a member of the bar of

-1-

this Court, and enters his appearance as counsel of record for Defendant Progressive Casualty Insurance Company.

Dated: September 24, 2024   Respectfully Submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Thomas V. Panoff*
Thomas V. Panoff
tpanoff@sheppardmullin.com
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Telephone: 312.499-6328

Ann O'Brien, DC Bar No. 469594
aobrien@sheppardmullin.com
Leo D. Caseria, DC Bar No. 1655936
lcaseria@sheppardmullin.com
Joseph Antel, DC Bar No. 208956
jantel@sheppardmullin.com
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
Telephone: 202.747.1900

Helen Eckert, CA Bar No. 240531
heckert@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415.434.9100

Attorneys for Defendant Progressive Casualty Insurance Company

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this this 24th day of September 2024, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

**Robert A. Huntsman and Lily M. Huntsman (pro se)**
**bob.a.huntsman@gmail.com**

*/s/ Thomas Panoff*
Thomas Panoff