IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

ROBERT A. HUNTSMAN and

LILY M. HUNTSMAN,

    Plaintiffs, Pro Se,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES LLC,

GEICO Insurance Agency, LLC,

LexisNexis Risk Solutions Inc.,

Allstate Vehicle & Property Insurance Company,

AMERICAN FAMILY HOME INSURANCE COMPANY,

PROGRESSIVE CASUALTY INSURANCE COMPANY,

Auto-Owners Insurance Company,

FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,

NATIONWIDE INSURANCE COMPANY OF AMERICA,

ENCOMPASS INSURANCE COMPANY,

STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and

The Travelers Personal Insurance Company,

                            Defendants.

1

## NOTICE OF FILING FIRST AMENDED COMPLAINT WITH CONSENT

In accordance with Fed. R. Civ, P, 15(a)(2) and D.C.COLO.LCivR 15.1(b), Plaintiffs Robert Huntsman and Lily Huntsman herein file this Notice that Plaintiffs are filing a First Amended Complaint. Plaintiff Robert Huntsman has met and conferred with all opposing counsel by email and provided them copies of the proposed amended complaint including the redlined copy. Opposing counsel has responded indicating no opposition.

This amended complaint is clerical in nature and only seeks to correct the naming of defendant parties identified by the defendants as erroneous in the original complaint. No substantive changes beyond party name corrections have been made. In accordance with D.C.COLO.LCivR 15.1(b), attached herein is a copy of the redlined version.

DATED: October 1, 2024

s/Robert Huntsman
Plaintiff, Pro Se

s/Lily Huntsman
Plaintiff, Pro Se