IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN, and
LILY M. HUNTSMAN,

    Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES LLC,
GEICO CASUALTY COMPANY,
RELX INC.,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
AMERICAN FAMILY HOME INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
AUTO-OWNERS INSURANCE,
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY,
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiffs' **[Unopposed] Motion and Request for Continuance** [#70] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#70] is **GRANTED**. The Scheduling Conference set for December 2, 2024, at 11:00 a.m. is **VACATED** and **RESET** to **January 14, 2025**, at **11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that, **no later than January 7, 2025**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    Dated:  October 1, 2024