UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01637-GPG-KAS

ROBERT A HUNTSMAN and
LILY M. HUNTSMAN,

    Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC,
GEICO CASUALTY COMPANY,
RELX, INC.,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
AMERICAN FAMILY HOME INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
AUTO-OWNERS INSURANCE,
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY,
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Allstate Fire and Casualty Insurance Company and Defendant Encompass Insurance Company.

1

Dated: October 4, 2024

Respectfully submitted,

By: */s/ Ryan Roman*
Joyce C. Williams
**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, CO 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: joyce.c.williams@akerman.com

Ryan Roman
Reginald E. Janvier
**AKERMAN LLP**
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
reginald.janvier@akerman.com

*Attorney for Defendants Allstate Fire and Casualty Insurance Company and Encompass Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Robert A. Huntsman<br>Lilly M. Huntsman<br>16036 East Lehigh Circle<br>Aurora, CO 80012<br>bobh@huntsmanlg.com<br>lillyhuntsman@ymail.com | *Plaintiffs Pro Se* |
| Dan W. Goldfine<br>1850 North Central Avenue, Suite 1400<br>Phoenix, AZ 85004<br>dgoldfine@dickinsonwright.com<br><br>L. Pahl Zinn<br>Patrick J. Masterson<br>Dickinson Wright PPC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>pzinn@dickinsonwright.com<br>pmasterson@dickinsonwright.com | *Counsel for Defendant GEICO Casualty* |
| Ann Marie O'Brien<br>Joseph Donald Antel<br>Leo David Caseria<br>Sheppard Mullin Richter Hampton LLP<br>2099 Pennsylvania Avenue NW, Suite 100<br>Washington, DC 20006<br>Email: aobrien@sheppardmullin.com<br><br>Helen Cho Eckert<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Email: heckert@sheppardmullin.com<br><br>Thomas V. Panoff<br>Sheppard Mullin Richter & Hampton LLP<br>321 North Clark Street, 32nd Floor<br>Chicago, IL 60654<br>Email: tpanoff@sheppardmullin.com | *Counsel for Progressive Casualty Insurance Company* |

| | |
|---|---|
| Brian J. Spano<br>Holly C. White<br>Lewis Roca Rothgerber Christie LLP<br>1601 19th Street, Suite 1000<br>Denver, CO 80202<br>bspano@lewisroca.com<br>hwhite@lewisroca.com<br><br>James A. Morsch<br>Saul Ewing LLP<br>161 North Clark, Suite 4200<br>Chicago, IL 60601<br>jim.morsch@saul.com | *Counsel for Defendants Liberty Mutual Auto and Home Services LLC* |
| James Francis McCabe<br>Alston & Bird<br>55 2nd Street, Suite 2100<br>San Francisco, CA 94105<br>jim.mccabe@alston.com<br><br>Nicole K. Serfoss<br>Morrison & Foerster LLP<br>370 17th Street, Republic Plaza, Suite 4200<br>Denver, CO 80202<br>nserfoss@mofo.com<br><br>Stuart C. Plunkett<br>Alston & Bird LLP<br>55 Second Street, Suite 2100<br>San Francisco, CA 94105<br>Email: stuart.plunkett@alston.com | *Counsel for Defendant RELX Inc.* |
| Evan Bennett Stephenson<br>Spencer Fane LLP<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203<br>Email: estephenson@spencerfane.com<br><br>Shelby B. Menard<br>Spencer Fane LLP<br>5700 Granite Parkway, Suite 650<br>Plano, TX 75024<br>Email: smenard@spencerfane.com | *Counsel for Auto-Owners Insurance* |

Case No. 1:24-cv-01637-GPG-KAS    Document 83    filed 10/04/24    USDC Colorado
pg 4 of 5

| | |
|---|---|
| Charles L. Casteel<br>Jennifer Savage Allen<br>Davis Graham & Stubbs LLP<br>1550 17th Street, Suite 500<br>Denver, CO 80202<br>Email: charles.casteel@davisgraham.com<br>Email: jennifer.allen@davisgraham.com<br><br>Claire Eleanor Mueller<br>Davis Graham & Stubbs LLP<br>1550 17th Street, Suite 500<br>Denver, CO 80202<br>Email: claire.mueller@dgslaw.com<br><br>David J. Barthel<br>Michael H. Carpenter<br>Carpenter Lipps LLP<br>280 North High Street, Suite 1300<br>Columbus, OH 43215<br>Email: barthel@carpenterlipps.com<br>Email: carpenter@carpenterlipps.com | *Counsel for Nationwide Insurance Company of America* |
| Michael Raymond Vachon<br>Michelle Kelli Le Roux Burton<br>Burton Kelley LLP<br>1450 Frazee Road, Suite 501<br>San Diego, CA 92108<br>Email: mvachon@burtonkelley.com<br>Email: mburton@burtonkelley.com | *Counsel for Stillwater Property and Casualty Insurance Company* |
| Britt Marie Miller<br>Daniel K. Storino<br>William Joseph McElhaney , III<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Email: bmiller@mayerbrown.com<br>Email: dstorino@mayerbrown.com<br>Email: wmcelhaney@mayerbrown.com | *Counsel for Travelers Property Casualty Insurance Company* |

                                            */s/Ryan Roman*
                                            Ryan Roman