UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action No.: 1:24-CV-01637-GPG-KAS

ROBERT A. HUNTSMAN and

LILY M. HUNTSMAN,

        Plaintiffs, Pro Se,

  v.

LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC,
GEICO INSURANCE AGENCY, LLC,
LEXISNEXIS RISK SOLUTIONS INC.
ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY,
AMERICAN FAMILY HOME INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
AUTO-OWNERS INSURANCE COMPANY,
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY,
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, and
THE TRAVELERS PERSONAL INSURANCE COMPANY,

        Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    COMES NOW Matt Schock of Baker & Hostetler LLP and hereby enters his appearance as counsel for Defendant American Family Home Insurance Company in the above captioned matter.

- 2 -

Dated: October 4, 2024

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Matt Schock*
Matt Schock
mschock@bakerlaw.com
1801 California Street, Suite 4400
Denver, CO  80202-2662
Telephone:   303.861.0600
Facsimile:    303.861.7805

Attorneys for Defendant American Family Home Insurance Company

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2024, I filed the foregoing Entry of Appearance with the Court Clerk via the ECF system, which will provide notice and copies of such documents to the parties of record.

                                              */s/ Matt Schock*
                                              Matt Schock