## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN and
LILY M. HUNTSMAN,

       Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES LLC;
GEICO INSURANCE AGENCY, LLC;
LEXISNEXIS RISK SOLUTIONS INC.;
ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY;
AMERICAN FAMILY HOME INSURANCE COMPANY;
PROGRESSIVE CASUALTY INSURANCE COMPANY;
AUTO-OWNERS INSURANCE COMPANY;
FARMERS GROUP PROPERTY AND CASUALTY INSURANCE;
NATIONWIDE INSURANCE COMPANY OF AMERICA;
ENCOMPASS INSURANCE COMPANY;
STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY; and
THE TRAVELERS PERSONAL INSURANCE COMPANY,

       Defendants.

---

## ENTRY OF APPEARANCE

---

       To the clerk of court and all parties of record:

       I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for Defendant Nationwide Insurance Company of America.

Dated:  October 8, 2024

CARPENTER LIPPS LLP


*s/ Michael N. Beekhuizen*
Michael N. Beekhuizen
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
Email: beekhuizen@carpenterlipps.com

*Attorneys for Defendant Nationwide Insurance Company of America*