IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01637-GPG-KAS

ROBERT A. HUNTSMAN, and
LILY M. HUNTSMAN,

    Plaintiffs,

v.

LIBERTY MUTUAL AUTO AND HOME SERVICES LLC,
RELX INC.,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
AUTO-OWNERS INSURANCE,
NATIONWIDE INSURANCE COMPANY OF AMERICA,
ENCOMPASS INSURANCE COMPANY, and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on former Defendant Geico Insurance Agency, LLC's **Motion to Dismiss Pursuant to Rule 12(b)(1) and (6)** [#93] (the "Motion"). Subsequent to the filing of the Motion [#93], Geico Insurance Agency, LLC was terminated as a party to this litigation. *See* [#111, #112]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#93] is **DENIED as moot**.

    Dated: April 10, 2025